(No. 714—Claimant awarded $5,700.00.)

FANSTEEL PRODUCTS CO., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund awarded.* · This case is similar to that of *Herenden Milling Co.* v. *State, supra,* and the decision of the court there announced governs this claim.

LEVINSON, BECKER, SCHWARTZ & FRANK, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the recovery of franchise tax erroneously paid the State of Illinois in the years 1920, 1921 and 1922, amounting in all to $5,700.00.

Demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $5,700.00.

---

(No. 715—Claimant awarded $1,122.58.)

GEORGE C. PETERSON CO., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be awarded.* This case is controlled by the decision of the court in *Herenden Milling Co.* v. *State, supra.*

JOHN A. BUSSIAN, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for refund of certain portions of franchise taxes erroneously paid by above claimant to the Secretary of State of the State of Illinois, for the years 1920, 1921 and 1922, total excess tax paid amounting to $1,122.58.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $1,122.58.